IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HSBC BANK USA, NATIONAL
ASSOCIATION
as Trustee,

   Plaintiff,

     v.

DIONE JACKSON
AND ALL OTHERS,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-178-TWT

## ORDER

This is a dispossessory action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending remanding this case to the State Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the State Court of DeKalb County.

SO ORDERED, this 8 day of February, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\HSBC Bank USA\r&r.wpd